IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRYANT SCOTT BLAKE, Administrator of the Estate of Ruthie Mae Whipple Blake a/k/a Ruthie M. Whipple, <br><br> Plaintiff, <br><br> v. <br><br> NATIONSTAR MORTGAGE LLC d/b/a CHAMPION MORTGAGE COMPANY, <br><br> Defendant. | CIVIL ACTION NO.: 4:22-cv-00133 |

**O R D E R**

On July 11, 2022, the Court administratively closed this action upon being advised by the parties that the case had settled and would soon be dismissed by the filing of a stipulation of dismissal. (Doc. 11.) Presently before the Court is a Joint Stipulation of Dismissal With Prejudice signed and filed by counsel for Plaintiff and counsel for Defendant on August 24, 2022, wherein the parties indicate they stipulate to the dismissal, with prejudice, of all claims asserted in this action, with each party to bear its own costs. (Doc. 12.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is hereby authorized and **DIRECTED** to **REOPEN** this case, **TERMINATE** all pending motions, and **CLOSE** this case.

**SO ORDERED**, this 31st day of August, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA